**Order filed May 28, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00861-CV
_____

**THERESA WASHINGTON-JARMON, Appellant**

**V.**

**ONEWEST BANK, FSB, Appellee**

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2012-24857**

## O R D E R

Appellant's brief was due **April 23, 2015.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 29, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM